## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **GARTH ALVARANGA,** | : | |
| **Petitioner,** | : | |
| **v.** | : | |
| | | **CIVIL ACTION 06-0647-CG-M** |
| **ALBERTO GONZALES,** | : | |
| **MICHAEL CHERTOFF,** | | |
| **WARDEN DAVID O. STREIFF,** | : | |
| **Respondents.** | : | |

### JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor

of Respondents Alberto Gonzales, Michael Chertoff, and David O. Streiff and against Petitioner

Garth Alvaranga.

**DONE and ORDERED** this 20th day of June, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE